and I see council is at council table ready to proceed so I think we're ready to proceed. Thank You Chief Judge Livingston and may it please the court. At issue in this is one thing and one thing only whether Sikorsky in his less than artful complaint pleaded a valid takings claim under the fifth and fourteenth amendments. The guts of his takings claim is set out in the part of the complaint that says relief where he says that the City of Newburg violated his rights quote by retaining the surplus home equity money of his foreclosed property in excess of what was owed in property tax debt. Council may I ask your supplemental brief appears to argue that you have a claim client has a claim under state law and has a takings claim. That's right Your Honor. If you have a and when we can get into the statutory basis under the post Tyler New York law but if you have that available then under Tyler don't you not have a takings claim? I wouldn't think so because as I as I read Tyler and the Chief Justice's opinion you have a valid takings claim on the fifth and fourteenth amendment. You may have a way to bring that same takings claim in state court because New York has adopted a statute but you wouldn't lose your your federal takings claim. Now it certainly may be the case that for matters of judicial efficiency in one thing or another courts might decide that look maybe you should have these heard in state court or what have you but you shouldn't lose the federal takings claim because the federal takings claim is based on what the Chief Justice said. In his first paragraph where he uses a deep issue he says Hennepin County sold Tyler's home for $40,000 to satisfy a $15,000 tax bill. Instead of returning the remaining $25,000 the county kept it for itself. The question is whether that's a valid takings claim. But I thought Tyler, and correct me if I'm misunderstanding it, I thought it said there there must be no opportunity under state or local law for the taxpayer to recover the excess value. But I don't think I don't think that that's been decided let me put it this way and and this is one of these things where I almost say you know we need to put our pens down every so often. I don't think that's been decided in Tyler itself. Tyler as I read it and I obviously I read this very tightly I say it gives you a takings claim. Gives you a takings claim because more was taken than the state was entitled to have. It shouldn't be the situation that you then lose the federal takings claim because there's an analogous state court procedure that came along. And that's the way I read it. Now my suggestion to the panel, of course I'm on the wrong side of the bench to say this, is that rather than go off and decide these issues it might be best simply to say he pleaded a valid takings claim in his complaint when it was heard before the district court and leave it at that. And then as other similar cases come along and we have much better records. I mean that's fine unless to have a valid takings claim under Tyler you don't have available a state or local law remedy. Well I understand that just nicely. I get that except I read it a little bit. You don't think your is your client is your client entitled both to a remedy under the federal constitution and under this post Tyler state law? The answer to that is yes. In the same way. Double recovery. Well it's not a double recovery. It's no different than let's take another run-of-the-mill 14th Amendment type claim. You know the prisoner who gets beaten up in the state correctional facility. That person has an excessive force claim. Person also perhaps has a state claim under under state law. Person can bring both claims. One claim. No claims. And can bring both claims if he chooses to do so. Tyler should be no different than that. You mean as a matter of stating a claim in a complaint? Yes. You want to say I think what I understand you'd be saying he can state a claim under this the post Tyler state law and he could state a claim and he has stated a claim under the federal constitution. Yes. It's not that at the end of the day he'll be entitled to relief under both but that for purposes of not dismissing the complaint he has stated a claim. Is that is that the point? You're doing a better job than I am your honor. So you're not contending he's entitled to double to recovery for the surplus amount the Delta between what the property sold for and the delinquent taxes as both as a matter of state law and the federal constitution such that he would be entitled to twice that amount. No. He wouldn't be entitled to twice. He's entitled to one recovery. I see this is really no different than you know the prisoner beat-up case or any of these other constitutional. Well take the prisoner beat-up case as an example. Yeah. If you have to exhaust administrative remedies the failure to exhaust administrative remedies would would mean that the claim wouldn't proceed in federal court. Well that's right but that is because on section 7 of the Prison Litigation Reform Act says you have to exhaust your administrative remedies before you can proceed in federal court. That's a federal statute that jumps in and limits the power of the courts of the United States. Right now we don't have that. We don't and I don't believe your honor that a fair reading of Tyler gives us anything of the equivalent to that. We just simply have a takings claim. Now having said that this New York is not the only state that had this situation. New York's the only state that's gone ahead and adopted similar statutes to allow you to go to state court and get your money back or get the surplus equity refunded to you. Can I ask under the state law why you think there is a valid claim as I read it so looking at section this I know it's tough section 1990 sorry 1197 claims for surplus yeah and then section 19 the structure is one sub a are claims that are where the property is sold from the day Tyler's decided on yes and then one sub C I think is the relevant provision for our purposes which says if the property is sold prior to the Tyler decision date there's a claim can be maintained if and only if as I read it a claim had been initiated an article 78 proceeding had been initiated in state supreme prior to the Tyler date and was still pending on the date of enactment that's exactly what it says your honor but so your client certainly had a federal claim that meets those requirements but under the language of the statute it seems to require and maybe it's just a gap but it seems to require an article 78 in state supreme which which I think everybody concedes you can see it in your papers was not the case of course but I don't think that's the proper analysis and I say that having thought about this I go back to my law school teacher in federal courts he used to always say there are two two keys of the courthouse one is a constitution and the other is a federal statute his point was that there were no other keys to the courthouse and then if there was a valid claim under state law that the state couldn't say to you you must only bring this case your claim in town of Newburgh City Court or whatever because if it's a claim that otherwise fits within the jurisdiction of a court of the United States you can bring it there and all of these provisions that attempt to cabin them and say well you can only go to wherever simply don't cut off the jurisdiction of a court of the I think they both apply your honor both of them apply and in my theory and rule as a matter of state law to avoid the constitutional question I'm not I judge Walker I'm not sure I follow you and that's that's on me obviously but my thought is and again I'm on the wrong I want a one paragraph summary order that says the judgment of the district court is reversed and the case is remanded for further consideration in light of Tyler and state statute and that's it now I get you most lawyers to come up here want these long opinions no no no that's that's not what we need to do here we need to have a short order that simply flips it and you think of it this way let's assume that Tyler was decided after the district courts decision you would simply vacate remand for consideration in light of Tyler and at the end of it here you have the unfortunate situation in which for whatever reason the district court just missed it I don't know why the district court missed it probably imagine when you were a law clerk you know your job was to find these things and make sure you didn't miss them but for whatever reason missed it so when you come to the court of appeals you say look we're going to reverse it because it's wrong we're back and apply Tyler and by the way we now have this New York statute and to pick up judge Nathan's point if you think that recovery is only available under one of the other then you would say okay sort it out I don't think that's correct but I don't think you know again well but that's not the case you do to also do state statutes we have we hear state claims and in the courts of the United States all the time yeah if it's a you know typically be supplemental jurisdiction in a situation like this you have a you have a valid federal court claim therefore you can bring under 1369 any other claim that is for a purpose in article 3-1 case well except here no no can't go back to state court well that's right there's no state court to go back to right so is this is not a situation where you've removed the case and you can go back to the district court and say all right look the federal claim is gone they clearly can't bring a claim in state court now that's exactly right well no it's not because of the way the statutes it's the way the statutes right yeah it's not limitations because the limitations period should really run from the sale of the house which is June 2021 because that's when the gain is realized I mean there's a lot going on until you get to June 2021 but that's when the gain is realized if you look in the complaint that's alleged in the timeline in paragraph 20 gain is realized okay that point would be your limitations period well you know I'm a great believer in letting district courts figure things out and I said with all respect to the Court of Appeals but you know usually if you're right there with the parties and the lawyers you have a lot better grasp of what's going on and what can we do sometimes district courts want guidance and it seems like you know kicking the can on the hard questions doesn't give much guidance your district court judge Nathan I couldn't agree with you more and that's a very important role of a United States Court of Appeals is to provide guidance for the district courts within the circuit no question the difference here is that this is a first appeal on a very shall I say thin record there are other cases percolating and coming up and we'll be here eventually and why not wait for a much better case and then we can give the district courts guidance and I understand that's not always the the reaction of most circuit judges but sometimes you know saying little less does a lot more and then when another case comes up from some other district somewhere and there are more than a handful of these around probably twenty or thirty these cases now in the different districts at that point the court will have a much fuller record with something as brief much better than the district court I mean there was a recent opinion by Judge Engelmeyer very good opinion I don't believe it's appealable because I you just denied someone's motion so it's no 1291 final judgment but you know as a my my my position is short order send it back with the district I mean just to test your how what did you are to that another option would be that there's not to conclude because there wasn't a state claim pending at the time there's not an available state court remedy and under Tyler there's a taking there is a taking and how that's and so vacate and remand to the district court for the dis that is to say that the taking claim ought not to have been dismissed was dismissed in error in light of Tyler that's right but I would say I and I and I this goes again back to my federal courts class I still don't believe that a state can create a cause of action or claim and set it up in such a way that it can't be brought in a court of the United States it's not that it's not a trip I don't think it's a jurisdiction issue I think you have federal court you have subject matter jurisdiction because you've you have a plausible takings claim of course but the the question as to the viability of that takings claim turns on I one reading of Tyler is that it turns on the availability or lack of availability of a state law process and that is just a creatures of state law that's a state statutory interpretation question which we could either answer we could certify we could send it back to the district court to do in the first instance all of those end up at the same place somebody has to answer I think whether a federal claim pending otherwise under the statute is sufficient to allow your client to proceed under under state law and if not then I think he has a takings claim that's that's how the argument well let me let me give you kind of different twist instead of looking at it as a supplemental jurisdiction type claim with a federal claim let's assume for a moment that you had diversity jurisdiction and someone brought this claim in a court of the United States saying look yeah my house is here and forget for a moment about the local local item exception to the federal courts it's a court made exception it says look I've got this claim under state law and yeah it says it had to have been brought in state court in a special proceeding which is very specific but I brought my case in federal court under the diversity jurisdiction saying you took more than than you were owed than you were owed can you pitch that and I think the answer that's no I think the answer to that is is no that the state cannot and I mean this is something you know you could write on for sure but the state cannot take cannot require that a claim be brought in a specific court it can only say there's a claim and after that it's up to the Constitution and up to Congress whether you can bring that claim in a court of the United States and if it fits in under some jurisdictional piece you're there and all the stuff about you have to do this that in the state system can't can't work and and frankly I want to make the courtroom fall down but that's a to me that's a real core provision here and I understand you're looking at no no no the statute itself doesn't apply so we don't get to that bigger issue and I understand that but I do think the bigger issue is there that even though the wording of the statute taken literally means you have to have a special proceeding going that now that's really the case your recommendation would be to send it back saying the takings claim has been plausibly pled the plaintiff may wish to amend the complaint to add a state claim we don't express a view on that that to the district court in the first instance yeah I mean I don't look as I say I'm on the wrong side of the bench but I'm not trying to save you work but sometimes the less we say the more we do on these kinds of things and recognize this case as simply a mistake that the district court made and a situation in which it's best to go back send it back and see what happens after it gets back and there'll be other your honor there'll be other cases you can you can have that sense you you know the other cases here and you don't need to use this one and I mean if I'm saving work for you or your law clerks but I do think that's a better answer on this thank you very much your honor may it please the court Michael Burke on behalf of the city of Newburgh good afternoon your honors this is not a takings case and as we set forth in our briefs this is a where there was a foreclosure in 2012 the city provided an opportunity for a repurchase agreement to be entered that was done in 2014 the plaintiff appellant breached that repurchase agreement so where I agree because your honor your honor Walker this is there's a new contract with new provisions in that contract and new obligations on the parties in that contract and there well there the city said you can if you meet your obligations here we're not the city didn't say pay us for the surplus that's of the property you merely have to pay us the taxes owed could the city have said pass for the surplus of the property I believe they could if you want to say that this was a takings if you're saying they have time they didn't they title which entitles them to what they have titled the property which entitles them then to resell the property yeah and and what and and and either keep the surplus or well the framework right there that's the title to keep the surplus that's a taking that's a takings but when it's a repurchase agreement where there are terms to the repurchase agreement and they provided the opportunity and this is what Tyler says and this is what you're saying it's contract language specific right that basically what the plaintiff promised was give me more time and if I don't meet that you get the surplus value of my property in addition to what you're owed under the taxes what what I'm saying is no the contention is that they waived there you had the foreclosure action and that the repurchase agreement is in essence a waiver of the takings claim back in 20 where does it so that is that a contract language claim that that's a waiver of the takings claim it's a contract language claim and it's not and what language is should we look at to see the waiver the language in the contract itself so which is it in front of me it doesn't say that it's waived it says that that these are the terms and if you don't meet the terms then you're in breach in essence and that's what happened here and then what is the question and then what is the the the title remains in the city they could either hold on to the title yeah or they could sell the property but but that's not it that's the Tyler case what I'm saying is that and this is what the Nick case Nick versus town of Scott and the judge down below said inciting the the Dorsey case which it which is a district court case but nonetheless he said when there's an adequate Avenue for recovering surplus equity which is what we had here which is what the repurchase agreement was then there is no takings and that that that case is still good law there's the case in here you had an adequate Avenue for recovering the and that was the problem with Tyler is they said there was no adequate that's just like saying if you pay the delinquent taxes you get to keep the property and therefore you have an adequate mechanism to get the surplus Tyler expressly rejects that argument and it seems to me it's precisely the same as the position here but but it's not your honor the difference being is that you had the foreclosure had been already done and they gave the the the owner the opportunity to just pay back what was owed in the repurchase agreement so it reset the obligations of the parties and it wasn't a foreclosure action under the typical framework that set forth for foreclosure actions so he had that that opportunity as Nick versus the Scott Township said to obtain the surplus he needed to pay what was owed to get the title back from the city right which in turn would be that's what the contract says it's for the property they would give back to quit claim deed correct so they so so the city's saying pay pursuant to the schedule you get the title back right now I think the city could have contracted and said and if you don't meet that you forego any right to the surplus value of the property beyond the delinquent tax amount I think that's that could plausibly have been written into the contract but I just don't see that language here but the point being is here you had the parties there was no he had that opportunity as Scott says and as I reiterated that Avenue to obtain and that's the difference with Tyler and where I agree with with my adversary of you know wait for a better case the the circuit should wait for a better case that's squarely a foreclosure action not a an action that was a repurchase agreement among the parties where he had that Avenue that opportunity to afford himself to meet the prior tax obligations that were owed and get the title there are questions about your argument is that why should New York get the taxes you get paid your taxes that's that's what you're that's what you're you're concerned about and anything extra is is a windfall and unjustified windfall and therefore ought to go back to them now how I go back to Sikorsky so how you know why should we construe this in your favor to achieve a result that so well on the equities your honor New York State has now enacted the statutes that judge Nathan spoke about as far as that it's not going to retroact because how far back do you go this was 20 2012 13 years ago that he that he defaulted on his tax obligations and the city is not in a position they attempted to work through and provide him the opportunities but when does it get to that's a statute of limitations question correct not a not a constitutional takings question it well it's it's it's a statute of limitations and I believe your honor because they had and the cases say this and I said it before so I don't want to continue to reiterate because he had the Avenue the opportunity to get back the full surplus value through this repurchase agreement and breach that then he's he's out of luck on the contract on the repurchase agreement said you get this extra time here's the schedule and if you don't mean it we keep the property and we get to resell it but just to be clear we don't mean that we were entitled in some way to the surplus value in the house would you be entitled to the surplus value in the house because he had an opportunity to get it in some way would would the the the breaching party be to the surplus no with the city be entitled in the in the face of a breach so exactly what happens in a face of the breach there and that's where the example is so even if the contract said to be clear we don't mean that we get an entire that we the city get to keep any surplus value well if it said that then I would agree with your honor no they wouldn't be allowed to but they're the language so it's a contract language question even though he had an opportunity to get the full surplus value back right right and and if he had paid pursuant to the schedule which he did not and I don't think there's any question well your honors anytime there's a breach you have contracting parties and if there's a breach the the the terms of the contract where we will turn over and then you'll have the opportunity to either retain the equity in it to use the equity to take a second he didn't meet his obligations which then would have led to the city turning it back over so this isn't your classic foreclosure but then the contract says what happens what does it say in the contract here yeah it just says that that they can cancel the contract and he still hadn't met that obligation and they canceled the contract because he didn't meet the terms of it in paying the the that's why the city gets the property that's why the city gets proper but the reverse of that is the city gets the property they they they're not in the business of wanting they they're in they're not in the business at all of this they want their constituents to pay their taxes when they're due and that clearly wasn't happening here so there's a mechanism in place to say well what can they do now we just finished a case for the city of Newburgh where they had to take a piece of property that was abandoned disheveled and they took it they knocked it down it turned out it was connected there was beams connecting it between the two neighboring properties where the engineer didn't realize that these beams were connecting it and they got sued by the two neighboring properties for this property that they had taken because the owner failed so that property actually cost the city a lot of money it wasn't something where there was a windfall no surplus actually a liability so I think that merely did to Blake to say here the city is trying to cash in in a windfall that's not what they're doing here they're trying to enforce the law that that he failed to apply it's just given an example without a windfall to say that they're not after but if grandma had wheels she'd be a bicycle well I just wanted to point to a recent example your honor of where the city is not in the the business of taking people's property it's they're obligated to maintain under the code provisions for building and zoning issues that could be a danger they had to take that property turns out it wasn't worth very much and actually then cost the money when they tried to do it to demolish it so the point being is that merely because this instance there was a surplus doesn't mean that the city what they did here was wrong they had a contract with the party he didn't meet his end of the the bargain and paying what was owed and as I said they didn't require oh by the way we want a kicker or a bit more for you to pay us if you want that surplus if if there's a foreclosure and the city has title but hasn't sold the property yet can the former homeowner bring do they have a right claim to bring for a tape assuming there's assuming or I guess you could answer it as to the state law question to can they can they bring a claim before there's been a sale of the property for either under either under this new state statutory scheme or under the federal constitution I I believe the answer is until there's actually it's not right until there's actually a sale of the property I think that's the answer and we did just deal with that before judge Seibel another action ironically from the city of Newburgh but that was the answer there and I'm sticking with my answer good thing to be consistent your view of the state law yes how do you read the state law requirement of a do you read it as I suggested in my questions to your colleague that it has to be an article 78 I do I read that it's from March I beg your pardon May of 2023 forward and then the other subsection 1 C there has to be a pending article 78 it's got to be in the I don't want to call pipeline because the pipeline so let's say you had somebody who just hadn't brought the property sold their surplus value prior to Tyler and then Tyler's decided and they just hadn't brought a state law claim or any claim prior to that do they have an available state law remedy well the statute of limitations on our service not as let's say not a statute of limitations problem let's say the property sold the day before Tyler's decided okay the day before they could still go before the state court and bring an article 78 so again even well I let me maybe I didn't understand that the hypothetical your honor so as I read the 1197 section 19 sub 1a if the property had been sold on or after May 25th 2023 which is the date of Tyler okay that provision applies so in my hypo we're under we're potentially under C which says where a property sold prior to May 25th 2023 so in my hypo it sold prior to May 20 25th 2023 but no claim anywhere had been brought then they can the statute of limitations had not run then they cannot bring an ash they're out of luck they're out of luck and so then if that do that can they bring so it's like there's a gap in the statute there's a gap yeah and perhaps they or in New York and then it considered that and didn't want to retroactively apply it you know to say we have to draw a line so if they bring a claim then under the Constitution for a taking no repurchase agreement or anything and just there and there's no state law remedy available in this post Tyler schemas we've just said they've stated a claim for taking now they if it was a all things aside it's timely as the court yes then they would have stated a claim for a constitutional claim for taking yes I don't I don't disagree with that but that's not what we have here and as I as I said in my brief this is the only difference between what we have so again setting the repurchase agreement aside assume I disagree with you on that okay but in terms of what we have here the only difference between that hypo and this hypo is that mr. Sikorsky had brought a federal claim and so I think unless you think that well meet this requirement mr. Sikorsky also would have stated a claim because he doesn't have a state law remedy well I understand you and I'm not trying to trick you with respect to the repurchase agreement argument I understand that's the primary argument I'm just saying assume I disagree with you on that I want to understand what the effect of the state law well there's there's a little more procedural history here we did bring a state claim and we argued about you know the race to cut effect there and that was awesome what's that for the sale of correct correct it wouldn't be right but they yes and there was other it there was other claims about you know his status as a veteran and everything else was dealt with on the state level and then we argued obviously registered to cut it here so I the fact says the court presents them there he would have a earlier however that's not what we have here as I've said you know this is a this is not a case where Tyler should be applied there are other cases that are in the pipeline and again to not use the pipeline as we're using it for the other retroactivity that the court can decide but this is not the one this is not one where it is a a straight foreclosure action this is a repurchase agreement where the city did provide the Avenue for a remedy where the courts have said in the Supreme Court case as they said Nick is still good law that you provide that at that Avenue it's not a tables thank you may it please the court Matthew not they go in the office of the Orange County attorney pro se litigants like everyone else must plead sufficient facts the state of claim that's plausible on its face no matter how inartful the complaint might be and once the appellant once the appellant started pleading actual facts of the case on page 19 of the city's supplemental appendix there's nothing there about the county nothing there about the county any county involvement foreclosure the course foreclosure proceedings counsel to be continuing to argue that there's a claim against the county I suppose that would have been a question better address to he never argued that there's a claim against the county but he did argue for a full remand of the entire you would say whatever happens with the city and I think you think the claim proceeds against the city but you would say it doesn't matter the dismissal of the yes that's correct yeah and there's and there's nothing not nothing in this entire record that suggests the county is liable for anything and I didn't hear anything in oral argument either to that effect so I will if they if the if runners have no further questions I'll be happy to simply rely on the submissions that we've made thank you I think in fairness the answer that is yes but but let me suggest this it's a little unusual procedural posture in the sense that it was a joint motion decided by one order that granted it I I certainly agree you certainly do it's unfortunate I think that it wasn't a little cleaner in the district court in terms of this is granted for this reason and this is granted for that reason but you take the record as it comes but I think judge Nathan it's exactly correct that you you would affirm in part and reverse in part and in that sense as far as the county of orange is concerned but let me focus on just a couple of things including one thing I think you said and that is that getting the property is not the same thing as the surplus and and that could not be more true here and I know there's a lot of talk about this foreclosure was a long time ago and a lot of this and that that happened between the foreclosure and when the was finally sold in June of 2021 and then that brings up this limitations issue now first thing I think we need to look at is the district court did not decide any limitations issues here punted on it let it go and again I'm going to make the same point I made before that with the district court not having weighed in on that that maybe it's best for this court to put the pen down when it comes to limitations having said that if you look at Tyler again go back to the Chief Justice's first paragraph and he talks about instead of returning the remaining 25,000 kept it for itself the question is whether this constitutes a taking it's that when you have a sale and you don't refund the excess that's the taking that's when the claim that's the moment at which the cause the cause of action accrues I think that's the fairest reading of Tyler your honor if the city took the property and we forget again let's set aside the arrangement the contract but what what if they had just taken the property and neglected to sell it you know it's interesting I was coming up here I said you know I'll bet I'll get that question because what do you do in that situation city takes the property and says you know what we got your house and we're not doing anything with it I've got to think that there's a practical answer that that at some point it effectively becomes a taking it's not a taking right away but at some point it becomes a constructive taking I think that's the only answer for it I that's interesting enough not really presented here I think that was all the points I had limitations yeah oh on and judge Nathan I think you're spot-on when it comes to the contract again it's a lot of interesting stuff over there but I think the city could have contracted to retain the surplus value by any basically in exchange for more time to pay interesting question I would think that somebody might litigate whether the terms were such that you know it might be overreaching or something like that but I suspected some point maybe think of it this way I actually I thought about it this way I said how about the situation where you have a police officer who unlawfully arrest somebody and puts them in jail what do you do you let them out you get to sign a release and then and then you say I'm okay now well that's kind of what that is it's not if they did it now they didn't do that but your point is could you effectively sign a release and thereby let the city out of jail for taking the property I suspect the answer is kind of yes but it's that's not this case and again there are other cases coming along and sometimes we do more by by saying less I'll leave it at that thank you all for being such a great panel thank you all and thank you for the help with this matter thank you we very much appreciate it